WARDEN, NEVADA STATE PRISON, Appellant, *v.* ELIJAH ROBINSON, Respondent.

No. 9327

December 30, 1976                    558 P.2d 1142

*Robert List,* Attorney General, and *D. Geno Menchetti,* Chief Deputy Attorney General, Carson City, for Appellant.

*Rodlin Goff,* State Public Defender, Carson City, for Respondent.

## OPINION

*Per Curiam:*

On the authority of, and for the same reasons stated in, State v. Wright, 92 Nev. 734, 558 P.2d 1139 (1976), we, *sua sponte,* reverse the district court's order which granted respondent's petition for a writ of habeas corpus.